[No. 11188-1-III.   Division Three.   October 29, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY EUGENE NEELEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00955-7, Harold D. Clarke, J., entered October 10, 1990. *Affirmed* by unpublished

opinion per Thompson, J., concurred in by Shields, C.J., and Green, J. Pro Tem.